UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
    **Shields Amasii Scott**
    4203 Hideaway Drive
    Tucker, GA 30084

    **xxx−xx−6348**

Case No.: **16−51784−pmb**
Chapter: **7**
Judge: **Paul Baisier**

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

    It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Paul Baisier
United States Bankruptcy Judge

Dated:  July 26, 2016

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 16-51784-pmb
Shields Amasii Scott                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: rodriguez               Page 1 of 1              Date Rcvd: Jul 26, 2016
                              Form ID: 182                  Total Noticed: 24

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2016.
db           +Shields Amasii Scott,    4203 Hideaway Drive,    Tucker, GA 30084-7806
aty          +Richard K. Valldejuli, Jr.,    Valldejuli & Associates, LLC,    Suite A,    2199 Lenox Road, NE,
               Atlanta, GA 30324-4342
tr           +Janet G. Watts,    P. O. Box 430,    Jonesboro, GA 30237-0430
19640220     +Argos Ready Mix,    2685 Sullivan Rd,    Atlanta, GA 30337-6205
19640221      BAC Home Loans Servicing, L.P.,    Bankruptcy Department,    Simi Valley, CA 93065
19640223     +Curtis & Kidd, PA,    3883 Rogers Bridge Road,    Duluth, GA 30097-2803
19640224      Discover Bank,    DFS Services LLC,    New Albany, OH 43054-3025
19640225     +Ditech,   P.O. Box 6172,    Rapid City, SD 57709-6172
19640226     +Ferguson Enterprises,    618 Bland Blvd,    Newport News, VA 23602-4310
19640227    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court:   Greentree Servicing, LLC,     P.O. Box 94710,    Palitine, IL 60094)
19640228     +Hartman Simons & Wood,    6400 Powers Ferry Road,    Atlanta, GA 30339-2986
19640229     +Higgins & Dubner,    3399 Oeachtree Road, NE,    Suite 550,    Atlanta, GA 30326-1120
19640230      Home Depot Credit Services,    CBNA,    Sioux Falls, SD 57117
19640231     +Leaf Funding,    110 S. Poplar Street,    Suite 101,    Wilmington, DE 19801-5034
19640232     +Merbaum Law Group. PC,    5755 North Point Parkway,    Suite 284,    Alpharetta, GA 30022-1176
19640233     +Res-Ga Two, LLC,    790 NW 107th Avenue,    Miami, FL 33172-3130
19640234      Scott & Son's Holdings, LLC,    former location of operation:,    Atlanta, GA  30315,
               Atlanta, GA 30315
19640235      Sprint Correspondence,    Attn Bankruptcy Dept,    Overland Park KS 66207-0949, Ov Park KS
19640237     +Ullico Casualty Company,    1625 Eye Street, NW,    Washington, DC 20006-4061
19640238      Wells Fargo Bank NA,    Bankruptcy Department,    Des Moines, IA 50306-9210
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: FJGWATTS.COM Jul 26 2016 20:48:00      Janet G. Watts,    P. O. Box 430,
               Jonesboro, GA 30237-0430
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 26 2016 21:29:56
               Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
19640219     +EDI: AMEREXPR.COM Jul 26 2016 20:53:00      American Express,    P.O. Box 981537,
               El Paso, TX 79998-1537
19640222      EDI: BANKAMER.COM Jul 26 2016 20:53:00      Bank of America Mastercard,    P.O. Box 982235,
               El Paso, TX 79998
19640236     +E-mail/Text: janis.oneal@thomasconcrete.com Jul 26 2016 21:30:47       Thomas Concrete of GA,
               2500 Cumberland Parkway,    Atlanta, GA 30339-3922
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
              Janet G. Watts    janet3870@att.net, GA35@ecfcbis.com;jgw@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Richard K. Valldejuli, Jr.   on behalf of Debtor Shields Amasii Scott
               info@valldejuliandassociates.com
                                                                                              TOTAL: 3
```